**Yvonne VEASY–WILLIAMS, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 65216.**

Missouri Court of Appeals, Western District.

May 16, 2006.

Yvonne Veasy–Williams, Joliet, IL, pro se.

Marilyn G. Green, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., HOWARD and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Yvonne Veasy–Williams appeals the decision of the Labor and Industrial Relations Commission that she is ineligible for benefits, from October 24, 2004, because she was unavailable for work. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).